

**Littler Mendelson, PC**
290 Broadhollow Road
Suite 305
Melville, NY 11747

Matthew R. Capobianco
631.247.4736 direct
631.247.4700 main
mcapobianco@littler.com

January 23, 2020

**VIA ECF**

Judge Joan M. Azrack, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 920
Central Islip, New York 11722

Re:  Elizabeth M. Ginty v. Brookhaven Science Associates LLC et al
U.S. District Court, E.D.N.Y., Civil Docket No. 1:19-cv-07066 (JMA)(AYS)

Dear Judge Azrack:

This firm represents Defendants, Brookhaven Science Associates LLC, Cristel Colon[1] and Kristen White ("Defendants"), in the above-referenced action. On behalf of Defendants, we write with consent of Plaintiff's Counsel to respectfully request an extension of time from January 28, 2020 until March 13, 2020 to file a response to the Complaint.

The additional time will allow Defendants an opportunity to investigate the allegations in the Complaint and prepare an appropriate response. As the Court has not yet scheduled an Initial Conference, this extension does not affect any scheduled dates or deadlines. This is Defendants' first request for an extension of time.

Thank you for your consideration of our request.

Sincerely,

*/s/ Matthew R. Capobianco*

Matthew R. Capobianco

cc: All Counsel of Record (via ECF)

4827-5919-7618.1 090723.1003

---

[1] Defendant Christel Colon was incorrectly sued herein as "Cristel Colon."