# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH M. GINTY,<br><br>                Plaintiff,<br><br>-against-<br><br>BROOKHAVEN SCIENCE ASSOCIATES, LLC, JON ROBB MERKEL, CRISTEL COLON, KRISTIN WHITE (sued in their individual capacities pursuant to New York Executive Law § 296(6)),<br><br>                Defendants. | Case No. 19-cv-07066 (JMA)(AYS)<br><br>**STIPULATION AND ORDER DISMISSING WITH PREJUDICE PLAINTIFF'S NEW YORK EXECUTIVE LAW CLAIMS AND DEFENDANTS JON ROBB MERKEL, CRISTEL COLON, AND KRISTIN WHITE FROM THE COMPLAINT** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff ELIZABETH M. GINTY ("Plaintiff") and her attorneys of record Scott Michael Mishkin, P.C., and Defendants BROOKHAVEN SCIENCE ASSOCIATES, LLC, CRISTEL COLON, and KRISTIN WHITE ("Defendants"), and their attorneys of record Littler Mendelson, P.C., that the following Stipulation may be entered as an Order by the Court to give effect to the stipulations set forth below:

1. On or about December 17, 2019, Plaintiff filed her Complaint against Defendants in the United States District Court for the Eastern District of New York alleging violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e, *et seq.* ("Title VII") and the New York Executive Law § 290, *et seq.* ("New York State Human Rights Law").

2. The parties now **HEREBY STIPULATE AND AGREE** to the dismissal of Plaintiff's New York State Executive Law/New York State Human Rights Law claims, *with prejudice* and without costs, disbursements or attorneys' fees to any party. This Stipulation is intended to dismiss all of Plaintiff's New York State law causes of action.

3. Plaintiff **FURTHER STIPULATES AND AGREES** to the dismissal of Defendants Cristel Colon, Kristin White, and Jon Robb Merkel[1] from the Complaint, *with prejudice*.

Date: February 19, 2020
Melville, New York

_____
Paul Carruthers, Esq.
SCOTT MICHAEL MISHKIN, P.C.
One Suffolk Square, Suite 240
Islandia, NY 11749
pcmishkin@optimum.com

*Attorney for Plaintiff*

_____
Matthew R. Capobianco, Esq.
LITTLER MENDELSON, P.C.
290 Broadhollow Road, Suite 305
Melville, NY 11747
mcapobianco@littler.com

*Attorneys for Defendants*

**SO ORDERED:**

_____
U.S. District Court Judge

_____
Dated

4819-6412-6388.1 090723.1003

---

[1] Though counsel for Defendants do not currently represent Defendant Jon Robb Merkel, Plaintiff has chosen to voluntarily dismiss Merkel from the action *with prejudice*, and has used this Stipulation as a mechanism to accomplish such dismissal.